David C. Powell (SBN 129781)
Molly T. Zapala (SBN 245985)
Email:   mzapala@reedsmith.com
Jamie D. Wells (SBN 290827)
Email:   jwells@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| James Kouretas, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Nationstar Mortgage Holdings, Inc., Bank of American, N.A.,<br><br>　　　　　　Defendants. | Case No. 2:13-CV-02632-MCE-KJN<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT DEADLINE AND ORDER**<br><br>Compl. Filed:  December 20, 2013<br><br>Honorable Morrison C. England, Jr. |

# STIPULATION

Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. ("Nationstar") (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in this Court against Defendants on December 20, 2013.

**WHEREAS,** BANA filed its Motion to Dismiss Plaintiff's Complaint on January 13, 2014, and the hearing on BANA's Motion to Dismiss is scheduled for March 6, 2014;

**WHEREAS,** Nationstar filed its Motion to Dismiss Plaintiff's Complaint on January 14, 2014, and the hearing on Nationstar's Motion to Dismiss is scheduled for March 6, 2014;

**WHEREAS**, pursuant to the Court's Order Requiring Joint Status Report, the parties have until February 21, 2014 to confer as required by Federal Rule of Civil Procedure 26(f).

**WHEREAS**, pursuant to the Court's Order Requiring Joint Status Report, the parties have until February 21, 2014 to file a joint status report.

**WHEREAS**, pursuant to the Court's Order Requiring Joint Status Report, the parties have until March 7, 2014 to file initial disclosures.

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for the Federal Rule of Civil Procedure 26(f) Conference be continued pending the Court's ruling on BANA's and Nationstar's respective Motions to Dismiss Plaintiff's Complaint;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing the joint status report be continued pending the Court's ruling on BANA's and Nationstar's respective Motions to Dismiss Plaintiff's Complaint;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing initial disclosures be continued pending the Court's ruling on BANA's and Nationstar's respective Motions to Dismiss Plaintiff's Complaint;

**WHEREAS**, the parties agree that in the interest of judicial efficiency, the deadline for the Federal Rule of Civil Procedure 26(f) Conference, the deadline to file a joint status report, and the

deadline to file initial disclosures should be continued to a date after the Court has ruled on Defendants' Motions to Dismiss.

**IT IS HEREBY STIPULATED THAT:**

The deadline for the Federal Rule of Civil Procedure 26(f) Conference in this matter shall be continued to March 27, 2014, or such later date as the Court may determine.

The deadline to file a joint status report in this matter shall be continued to March 27, 2014, or such later date as the Court may determine.

The deadline to file initial disclosures in this matter shall be continued to April 10, 2014, or such later date as the Court may determine.

Dated: February 18, 2014         REED SMITH LLP

                                 By   /s/ Jamie D. Wells
                                    Jamie D. Wells, Esq. (SBN 290827)
                                    Attorneys for Defendant
                                    Bank of America, N.A.

Dated: February 18, 2014         SEVERSON & WERSON LLP

                                 By   /s/ Michelle T. McGuinness
                                    Michelle T. McGuinness, Esq. (SBN 257151)
                                    Attorneys for Defendant
                                    Nationstar Mortgage Holdings, Inc.

Dated: February 18, 2014         LAW OFFICES OF ALDON L. BOLANOS, ESQ

                                 By   /s/ Aldon L. Bolanos
                                    Aldon L. Bolanos, Esq. (SBN 233915)
                                    Attorneys for Plaintiff
                                    James Kouretas

**ORDER**

Based on the above Stipulation of Plaintiff James Kouretas and Defendants Bank of America, N.A. and Nationstar Mortgage Holdings, Inc., this Court hereby orders:

The deadline for Rule 26(f) Conference in this matter shall be continued to March 27, 2014.

The deadline to file a joint status report in this matter shall be continued to March 27, 2014.

The deadline to file initial disclosures in this matter shall be continued to April 10, 2014.

IT IS SO ORDERED.

Dated: February 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware