1  David C. Powell (SBN 129781)
   Molly T. Zapala (SBN 245985)
2  Email:      mzapala@reedsmith.com
   Jamie D. Wells (SBN 290827)
3  Email:      jwells@reedsmith.com
   REED SMITH LLP
4  101 Second Street
   Suite 1800
5  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
6  Facsimile: +1 415 391 8269

7  Attorneys for Defendant
   Bank of America, N.A.

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

                      SACRAMENTO DIVISION

12  James Kouretas, an individual,          Case No. 2:13-CV-02632-MCE-KJN

13                    Plaintiff,            **STIPULATION TO CONTINUE JOINT
                                            STATUS REPORT DEADLINE AND
14          v.                              ORDER**

15                                          Compl. Filed:  December 20, 2013
    Nationstar Mortgage Holdings, Inc., Bank of
16  American, N.A.,                         Honorable Morrison C. England, Jr.

17                    Defendants.

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

---

JOINT STIPULATION AND ORDER

**STIPULATION**

Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. ("Nationstar") (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in this Court against Defendants on December 20, 2013;

**WHEREAS,** BANA filed its Motion to Dismiss Plaintiff's Complaint on January 13, 2014;

**WHEREAS,** Nationstar filed its Motion to Dismiss Plaintiff's Complaint on January 14, 2014;

**WHEREAS**, on March 12, 2014, this Court granted BANA's Motion to Dismiss with twenty (20) days leave to amend from the date of the Court's Memorandum and Order;

**WHEREAS**, on March 12, 2014, this Court granted Nationstar's Motion to Dismiss with twenty (20) days leave to amend from the date of the Court's Memorandum and Order;

**WHEREAS**, the parties have until March 27, 2014 to confer as required by Federal Rule of Civil Procedure 26(f);

**WHEREAS**, the parties have until March 27, 2014 to file a joint status report;

**WHEREAS**, the parties have until April 10, 2014 to file initial disclosures;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for the Federal Rule of Civil Procedure 26(f) Conference be continued;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing the joint status report be continued;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing initial disclosures be continued;

**WHEREAS**, the parties agree that in the interest of judicial efficiency, since the case is not at issue, that the deadline for the Federal Rule of Civil Procedure 26(f) Conference, the deadline to file a joint status report, and the deadline to file initial disclosures should be continued.

**IT IS HEREBY STIPULATED THAT:**

– 1 –

JOINT STIPULATION AND ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   The deadline for the Federal Rule of Civil Procedure 26(f) Conference in this matter shall be

2   continued to May 27, 2014, or such later date as the Court may determine.

3   The deadline to file a joint status report in this matter shall be continued to May 27, 2014, or

4   such later date as the Court may determine.

5   The deadline to file initial disclosures in this matter shall be continued to June 10, 2014, or

6   such later date as the Court may determine.

7

8   Dated: March 25, 2014                    REED SMITH LLP

9

10                                           By  /s/ Jamie D. Wells
                                                 Jamie D. Wells, Esq. (SBN 290827)
11                                               Attorneys for Defendant
                                                 Bank of America, N.A.
12

13

14

15  Dated: March 25, 2014                    SEVERSON & WERSON LLP

16

17                                           By    /s/ Michelle T. McGuinness
                                                 Michelle T. McGuinness, Esq. (SBN 257151)
18                                               Attorneys for Defendant
                                                 Nationstar Mortgage Holdings, Inc.

19

20

21  Dated: March 25, 2014                    LAW OFFICES OF ALDON L. BOLANOS, ESQ

22

23                                           By     /s/ Aldon L. Bolanos
                                                 Aldon L. Bolanos, Esq. (SBN 233915)
24                                               Attorneys for Plaintiff
                                                 James Kouretas
25

26

27

28

JOINT STIPULATION AND ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Based on the above Stipulation of Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. (Nationstar) (collectively "Defendants"), the Court hereby ORDERS:

The deadline to file a joint status report in this matter is continued to May 27, 2014. No Fed. R. Civ. P. 26(f) Conference will be set at this time. Upon receipt of the parties' joint status report, the Court will issue a Pretrial Scheduling Order. The deadline to file initial disclosures in this matter is continued to June 10, 2014.

IT IS SO ORDERED.

Dated: March 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT