Molly Taylor Zapala (SBN 245985)
Email:     mzapala@reedsmith.com
Jamie D. Wells (SBN 290827)
Email:     jwells@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| James Kouretas, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>Nationstar Mortgage Holdings, Inc., Bank of American, N.A.,<br><br>             Defendants. | Case No. 2:13-CV-02632-MCE-KJN<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT DEADLINE AND MOTION TO DISMISS HEARING AND ORDER**<br><br>Compl. Filed:  December 20, 2013<br><br>Honorable Morrison C. England, Jr. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# STIPULATION

Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. ("Nationstar") (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in this Court against Defendants on December 20, 2013;

**WHEREAS,** BANA filed its Motion to Dismiss Plaintiff's Complaint on January 13, 2014;

**WHEREAS,** Nationstar filed its Motion to Dismiss Plaintiff's Complaint on January 14, 2014;

**WHEREAS**, on March 12, 2014, this Court granted BANA's Motion to Dismiss with twenty (20) days leave to amend from the date of the Court's Memorandum and Order;

**WHEREAS**, on March 12, 2014, this Court granted Nationstar's Motion to Dismiss with twenty (20) days leave to amend from the date of the Court's Memorandum and Order;

**WHEREAS**, on April 7, 2014, Plaintiff filed a First Amended Complaint;

**WHEREAS**, on April 23, 2014, BANA filed its Motion to Dismiss Plaintiff's First Amended Complaint, and the Motion to Dismiss hearing is scheduled for May 29, 2014;

**WHEREAS**, on April 23, 2014, Nationstar filed its Motion to Dismiss Plaintiff's First Amended Complaint, and the Motion to Dismiss hearing is scheduled for May 29, 2014;

**WHEREAS**, due to scheduling issues, the parties respectfully request that the Motion to Dismiss hearing be continued;

**WHEREAS**, the parties have until May 27, 2014 to confer as required by Federal Rule of Civil Procedure 26(f);

**WHEREAS**, the parties have until May 27, 2014 to file a joint status report;

**WHEREAS**, the parties have until June 10, 2014 to file initial disclosures;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for the Federal Rule of Civil Procedure 26(f) Conference be continued;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing the joint status report be continued;

– 1 –

1   **WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing initial disclosures be continued;

3   **WHEREAS**, the parties agree that in the interest of judicial efficiency, since the case is not at issue, that the deadline for the Federal Rule of Civil Procedure 26(f) Conference, the deadline to file a joint status report, and the deadline to file initial disclosures should be continued.

6   **IT IS HEREBY STIPULATED THAT:**

7   BANA's Motion to Dismiss shall be continued until June 12, 2014;

8   Nationstar's Motion to Dismiss shall be continued until June 12, 2014;

9   The deadline for the Federal Rule of Civil Procedure 26(f) Conference in this matter shall be continued to June 27, 2014, or such later date as the Court may determine.

11  The deadline to file a joint status report in this matter shall be continued to June 27, 2014, or such later date as the Court may determine.

13  The deadline to file initial disclosures in this matter shall be continued to July 10, 2014, or such later date as the Court may determine.

Dated: May 5, 2014                          REED SMITH LLP

                                            By  /s/ Jamie D. Wells
                                                Jamie D. Wells, Esq. (SBN 290827)
                                                Attorneys for Defendant
                                                Bank of America, N.A.


Dated: May 5, 2014                          SEVERSON & WERSON LLP

                                            By  /s/ Megan Kelly
                                                Megan Kelly, Esq. (SBN 251293)
                                                Attorneys for Defendant
                                                Nationstar Mortgage Holdings, Inc.

| | | |
|---|---|---|
| 1 | Dated:  May 5, 2014 | LAW OFFICES OF ALDON L. BOLANOS, ESQ |
| 2 | | |
| 3 | | By */s/ Aldon L. Bolanos* |
| 4 | | Aldon L. Bolanos, Esq. (SBN 233915)<br>Attorneys for Plaintiff |
| 5 | | James Kouretas |

**ORDER**

Based on the above Stipulation of Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. (Nationstar) (collectively "Defendants"), this Court hereby orders:

BANA's Motion to Dismiss shall be continued until June 12, 2014;

Nationstar's Motion to Dismiss shall be continued until June 12, 2014;

The deadline for the Fed. R. Civ. P. 26(f) Conference in this matter shall be continued to June 27, 2014.

The deadline to file a joint status report in this matter shall be continued to June 27, 2014.

The deadline to file initial disclosures in this matter shall be continued to July 10, 2014.

IT IS SO ORDERED.

Dated:  May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

– 4 –