Molly Taylor Zapala (SBN 245985)
Email:     mzapala@reedsmith.com
Jamie D. Wells (SBN 290827)
Email:     jwells@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| James Kouretas, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>Nationstar Mortgage Holdings, Inc., Bank of American, N.A.,<br><br>                    Defendants. | Case No. 2:13-CV-02632-MCE-KJN<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT DEADLINE AND ORDER**<br><br>Compl. Filed:  December 20, 2013<br><br>Honorable Morrison C. England, Jr. |

## **STIPULATION**

Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. ("Nationstar") (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in this Court against Defendants on December 20, 2013;

**WHEREAS,** BANA filed its Motion to Dismiss Plaintiff's Complaint on January 13, 2014;

**WHEREAS,** Nationstar filed its Motion to Dismiss Plaintiff's Complaint on January 14, 2014;

**WHEREAS**, on March 12, 2014, this Court granted BANA's Motion to Dismiss with twenty (20) days leave to amend from the date of the Court's Memorandum and Order;

**WHEREAS**, on March 12, 2014, this Court granted Nationstar's Motion to Dismiss with twenty (20) days leave to amend from the date of the Court's Memorandum and Order;

**WHEREAS**, on April 7, 2014, Plaintiff filed a First Amended Complaint;

**WHEREAS**, on April 23, 2014, BANA filed its Motion to Dismiss Plaintiff's First Amended Complaint, and the Motion to Dismiss hearing is scheduled for June 26, 2014;

**WHEREAS**, on April 23, 2014, Nationstar filed its Motion to Dismiss Plaintiff's First Amended Complaint, and the Motion to Dismiss hearing is scheduled for June 26, 2014;

**WHEREAS**, the parties have until June 27, 2014 to confer as required by Federal Rule of Civil Procedure 26(f);

**WHEREAS**, the parties have until June 27, 2014 to file a joint status report;

**WHEREAS**, the parties have until July 10, 2014 to file initial disclosures;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for the Federal Rule of Civil Procedure 26(f) Conference be continued;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing the joint status report be continued;

**WHEREAS**, the case is not at issue, the parties respectfully request that the deadline for filing initial disclosures be continued;

**WHEREAS**, the parties agree that in the interest of judicial efficiency, since the case is not at issue, that the deadline for the Federal Rule of Civil Procedure 26(f) Conference, the deadline to file a joint status report, and the deadline to file initial disclosures should be continued.

**IT IS HEREBY STIPULATED THAT:**

The deadline for the Federal Rule of Civil Procedure 26(f) Conference in this matter shall be continued to August 27, 2014, or such later date as the Court may determine.

The deadline to file a joint status report in this matter shall be continued to August 27, 2014, or such later date as the Court may determine.

The deadline to file initial disclosures in this matter shall be continued to September 10, 2014, or such later date as the Court may determine.

Dated: June 20, 2014           REED SMITH LLP

By  /s/ Jamie D. Wells
    Jamie D. Wells, Esq. (SBN 290827)
    Attorneys for Defendant
    Bank of America, N.A.

Dated: June 20, 2014           SEVERSON & WERSON LLP

By  /s/ Megan Kelly
    Megan Kelly, Esq. (SBN 251293)
    Attorneys for Defendant
    Nationstar Mortgage Holdings, Inc.

Dated: June 20, 2014           LAW OFFICES OF ALDON L. BOLANOS, ESQ

By  /s/ Aldon L. Bolanos
    Aldon L. Bolanos, Esq. (SBN 233915)
    Attorneys for Plaintiff
    James Kouretas

– 2 –
JOINT STIPULATION AND ORDER

**ORDER**

Based on the above Stipulation of Plaintiff James Kouretas ("Plaintiff") and Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage Holdings, Inc. (Nationstar) (collectively "Defendants"), this Court hereby orders:

The deadline for the Fed. R. Civ. P. 26(f) Conference in this matter shall be continued to August 27, 2014.

The deadline to file a joint status report in this matter shall be continued to August 27, 2014.

The deadline to file initial disclosures in this matter shall be continued to September 10, 2014.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT