UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOURETAS, | No. 2:13-cv-02632-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| NATIONSTAR MORTGAGE HOLDINGS, INC. and BANK OF AMERICA, N.A., | |
| Defendants. | |

On August 19, 2014, the Court granted Defendants' Motions to Dismiss, ECF Nos. 33, 35, without leave to amend as to Plaintiff's claims for wrongful foreclosure and financial elder abuse, and with leave to amend as to Plaintiff's claim for breach of the implied covenant of good faith and fair dealing. Mem. and Order, Aug. 19, 2014, ECF No. 49. Plaintiff was warned that the failure to file an amended complaint within twenty (20) days would result, without further notice to the parties, in the dismissal with prejudice of Plaintiff's claim for breach of the implied covenant of good faith and fair dealing and the closing of the case. See id. Plaintiff filed a Second Amended Complaint—two days late—on September 10, 2014, without leave of the Court.

///

///

1

Consequently, Plaintiff's claim for the breach of the implied covenant of good faith and fair dealing is DISMISSED WITH PREJUDICE and the Clerk of the Court is directed to CLOSE the case.

Defendant Nationwide Mortgage Holdings, Inc. has moved to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 41(b), or in the alternative, Federal Rule of Civil Procedure 12(b)(6) ("Motion"). The Motion, ECF No. 52, is DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated:  September 29, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT